IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY DEWAYNE WATERS                                              PLAINTIFF

v.                     No: 3:19-cv-00113 KGB-PSH

CRAIGHEAD COUNTY DETENTION CENTER[1]                              DEFENDANT

### ORDER

Having reviewed Larry Dewayne Waters' amended complaint (Doc. No. 4) for screening purposes,[2] it appears that service is appropriate with respect to Waters' Eighth Amendment conditions-of-confinement claims against defendants. The Clerk of the Court shall prepare summonses for the defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 4) and summons on defendants without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office, 901 Willett Rd., Jonesboro, Arkansas 72401.[3]

IT IS SO ORDERED this 26th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Waters does not name the Craighead County Detention Center as a defendant in his amended complaint. The Clerk of Court is directed to correct the style of the case to remove the Craighead County Detention Center as a defendant.

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[3] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.