IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY DEWAYNE WATERS**                                                                  **PLAINTIFF**
**ADC # 650216**

v.                              Case No. 3:19-cv-113-KGB-PSH

**T. RAYMOND**, *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia Harris (Dkt. No. 19). Judge Harris entered the Proposed Findings and Recommendation on September 17, 2019, and recommended then that this case be dismissed without prejudice for plaintiff Larry Dewayne Waters' failure to comply with the Court's prior Orders and for failure to notify the Clerk and other parties of his change of address (*Id.*). The mail was returned undeliverable as to Mr. Waters on October 1, 2019, and again on February 24, 2020 (Dkt. Nos. 20, 22). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Accordingly, the Court adopts Judge Harris's Proposed Findings and Recommendation (Dkt. No. 19) and dismisses without prejudice Mr. Waters' complaint and amended complaint (Dkt. Nos. 2, 4).

It is so ordered this 29th day of January, 2021.

_____
Kristine G. Baker
United States District Judge