IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY DEWAYNE WATERS**  **PLAINTIFF**
**ADC # 650216**

v.   Case No. 3:19-cv-113-KGB-PSH

**T. RAYMOND,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

It is so adjudged this 29th day of January, 2021.

_____
Kristine G. Baker
United States District Judge